UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                                                                                                                        Case No: 21-40573-JMM

    Ulises Rafael Vargas,

                                    Debtor.                                                        Chapter 11
-------------------------------------------------------X

## **FINAL DECREE**

Upon the Application of Ulises Rafael Vargas, dated July 30, 2025 (the "Application") **[ECF No. 203] (JMM)**, by and through his attorneys, Law Offices of Alla Kachan, P.C., for an Order granting a Final Decree in this case; and this Court having issued an Order dated July 12, 2025 (ECF No. 196), confirming the Debtor's Plan of Reorganization dated January 27, 2025 (ECF No. 177) (the "Confirmed Plan"); and it having been represented and satisfactorily appearing that the estate of the Debtor, pursuant to the Confirmed Plan, having been fully administered within the meaning of Bankruptcy Rule 3022; and it also appearing that notice of the submission of the Application and service of a copy thereof was duly and timely made upon the Office of the United States Trustee and that no objection was made to granting the relief requested therein; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, pursuant to Bankruptcy Rule 3022 and 11 U.S.C. § 350(a), that the above-captioned be and hereby is closed upon entry of this Final Decree; and it is further

**ORDERED**, that not later than ten (10) days from the entry of this order, the Debtor shall file with the Court any unfiled monthly operating report(s) for pre-effective date periods and the

appropriate post confirmation report(s) and shall pay the United States Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) (and any applicable interest thereon).

Dated: September 4, 2025
Brooklyn, New York



_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**